SO ORDERED.

TIFFANY & BOSCO
P.A.

**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Dated: January 12, 2010

_____
**CHARLES G. CASE, II
U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-31032/0174740308

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-28081-CGC |
| Jorge Cristobal and Carmen R. Cristobal<br>    Debtors. | Chapter 7 |
| Wells Fargo Bank, N.A.<br>    Movant,<br>  vs.<br>Jorge Cristobal and Carmen R. Cristobal, Debtors,<br>David M. Reaves, Trustee.<br>    Respondents. | ORDER<br><br>(Related to Docket #19) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated January 29, 2008 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Jorge Cristobal and Carmen R. Cristobal have an interest in, further described as:

> Lot 61, of FESTIVAL FOOTHILLS-PHASE I, according to the plat of record in the Office of the County Recorder of Maricopa County, Arizona, recorded in Book 879 of Maps, Page 40 and Affidavit(s) ot Correction recorded as 2006-1613079 of Official Records and as 2007-0352592 of Official Records.
>
> Except all minerals, oil, gas and geothermal resources as reserved by the United States of America in Patent to said land recorded as 85-411086 of Official Records.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2010.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT